

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00154-CV

| | | |
|---|---|---|
| MARIA SOCORRO ESTRADA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CESAR ESTRADA RANGEL, AND AS NEXT OF FRIEND TO C.E., JR., Y.E. AND N.E., MINORS; JULIANA MEZA ON BEHALF OF THE ESTATE OF LEO MARIN AND AS NEXT FRIEND TO E.I.M., A MINOR; AMANDA M. ESTRADA AS NEXT FRIEND TO J.O.H.P., A MINOR; AND DAMIAN MICHAEL ESTRADA, Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-314482-20) |
| | § | September 30, 2021 |
| V. | | |
| 12291 CBW, LLC D/B/A TEMPTATIONS CABARET, INC.; RCI HOSPITALITY HOLDINGS, INC.; AND RCI HOLDINGS, INC., Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel